IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CARL C. BAKER                                                                    PLAINTIFF

vs.                                    Civil No. 1:17-cv-01052

NANCY A. BERRYHILL                                                               DEFENDANT
Acting Commissioner, Social Security Administration

## **J U D G M E N T**

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 13th day of June 2018.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE